# EXHIBIT B

Chase Home Finance LLC  (CA2-0816)
10790 Rancho Bernardo Road
San Diego, CA 92127



February 07, 2009

003121 01 of 01 NSP0VYG-ZA
Joseph Frank Blackburn
Sherry K. Blackburn



Redacted

Your Account Has Been Referred to the Homeowner's Assistance Department
Account: ████████ (the "Loan")
Property Address: ████████████ (the "Property")

Dear Mortgagor(s):

As a result of your unresolved delinquency, the above-referenced account is now being handled by our Homeowner's Assistance Department. We realize your financial circumstances may have changed, and we are here to help in any way possible.

We have a variety of workout options which might help you resolve your delinquency, but we need to talk with you to determine which option best fits your needs.  Please call us immediately at (877) 838-1882.

A Homeowner's Assistance specialist will discuss with you any changes in your financial situation and determine your ability to repay the Loan and avoid foreclosure of the Property.  Based on the information you provide, the specialist may be able to offer a workout option designed to cure your delinquency and keep you in your home.

We look forward to working with you and, while no guarantee can be made, we believe it would be beneficial for all parties to attempt to work out a resolution.

Sincerely,
Homeowner's Assistance Department
Chase Home Finance LLC
(877) 838-1882
(800) 582-0542 TDD / Text Telephone


Enclosure

1. Homeowner's Assistance Brochure

For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at (877) FTC-HELP or www.ftc.gov.

Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

LM001-1