# EXHIBIT D

MAR-23-2009 MON 10:35 AM IUPUI CONTINUING STUDIES    FAX NO. 317 274 2638    P. 04

Chase Home Finance LLC (CA2-0816)
10790 Rancho Bernardo Road
San Diego, CA 92127

**CHASE**



March 14, 2009

Joseph Frank Blackburn
Sherry K Blackburn

**Redacted**

Your Account Has Been Referred to the Homeowner's Assistance Department
Account: ▓▓▓▓▓▓▓▓ (the "Loan")
Property Address: ▓▓▓▓▓▓▓▓▓▓▓▓ (the "Property")

Dear Mortgagor(s):

As a result of your unresolved delinquency, the above-referenced account is now being handled by our Homeowner's Assistance Department. We realize your financial circumstances may have changed, and we are here to help in any way possible.

We have a variety of workout options which might help you resolve your delinquency, but we need to talk with you to determine which option best fits your needs. Please call us immediately at (877) 838-1882.

A Homeowner's Assistance specialist will discuss with you any changes in your financial situation and determine your ability to repay the Loan and avoid foreclosure of the Property. Based on the information you provide, the specialist may be able to offer a workout option designed to cure your delinquency and keep you in your home.

We look forward to working with you and, while no guarantee can be made, we believe it would be beneficial for all parties to attempt to work out a resolution.

Sincerely,
Homeowner's Assistance Department
Chase Home Finance LLC
(877) 838-1882
(800) 582-0542 TDD / Text Telephone

Enclosure

1. Homeowner's Assistance Brochure