IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CINDY GILLESPIE, SHERRY BLACKBURN, and JOSEPH BLACKBURN,<br>　　　on behalf of themselves and a putative class,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>CHASE HOME FINANCE, LLC<br><br>　　　Defendants. | Case No. 3:09-cv-191<br><br>Judge Springmann<br><br>Magistrate Judge Nuechterlein |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Cindy Gillespie and Sherry and Joseph Blackburn, on behalf of themselves and a class, by their attorney, Daniel A. Edelman of Edelman, Combs, Latturner & Goodwin, LLC, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order dated November 20, 2009 and the Rule 58 final judgment entered in this action on November 20, 2009.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Daniel A. Edelman
　　　　　　　　　　　　　　　　　　　Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
　　& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor

Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, hereby certify that on November 30, 2009, I caused the preceding amended notice of appeal be filed electronically using the Court's CM/ECF system which will send notice to the following:

Stephen R. Meinertzhagen    (smeinertzhagen@burkelaw.com)
Madeleine Milan    (mmilan@burkelaw.com)
LeAnn Pedersen Pope    (lpope@burkelaw.com)
Burke Warren MacKay and Serritella
330 North Wabash Avenue
Suite 2300
Chicago, IL 60611

                          s/Daniel A. Edelman
                          Daniel A. Edelman